# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Blair Tarr,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Metropolitan Life Insurance Company, et al.,<br><br>　　　　　　Defendants. | No. CV11-1075 PHX DGC<br><br>**ORDER** |

This matter came before the Court on the parties' stipulation to dismiss with prejudice (Doc. 11), and good cause appearing

**IT IS ORDERED:**

1. That this lawsuit is dismissed with prejudice, each party to bear their own costs and attorneys' fees; and

2. That the Rule 16 Case Management Conference set for September 30, 2011 at 3:00 p.m. is **vacated**.

Dated this 28th day of September, 2011.

_____
David G. Campbell
United States District Judge